UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GUO JIA MAI, *et al.*, | 2:11-CV-01217-PMP-PAL |
| Plaintiffs, | **ORDER** |
| vs. | |
| AMERICAN HOME LOAN SERVICING LP, *et al.*, | |
| Defendants. | |

For the reasons set forth in Defendants' Response (Doc. #21) filed October 7, 2011,

**IT IS ORDERED** that Plaintiffs' Motion to Dismiss (Doc. #16) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Entry of Clerk's Default (Doc. #14) is **DENIED**.

DATED: October 17, 2011.

_____
PHILIP M. PRO
United States District Judge