UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| GUO JIA MAI, *et al.*, | ) | 2:11-CV-01217-PMP-PAL |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| AMERICAN HOME LOAN SERVICING LP, *et al.*, | ) | |
| Defendants. | ) | |

**IT IS ORDERED that** Defendants' Motion to Strike Plaintiff's Request for Entry of Default (Doc. #23) is **GRANTED**.

DATED:  October 17, 2011.

_____
PHILIP M. PRO
United States District Judge